IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 6 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-01773-BNB

CECILIA RAMOS,

     Plaintiff,

v.

HUERFANO COUNTY SHERIFF DEPT.–BRUCE NEWMAN, and
CHRIS MEADOWS,

     Defendants.

---

## ORDER DISCHARGING SHOW CAUSE ORDER AND DRAWING CASE TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

On September 27, 2006, the Court ordered Plaintiff Cecilia Ramos to show cause why the instant action should not be dismissed for failure to exhaust administrative remedies. On October 11, 2006, Ms. Ramos submitted a Response to the Order to Show Cause. Based on the information provided in the Response, it now appears that the Complaint should not be dismissed at this time for failure to exhaust administrative remedies. The September 27 Order to Show Cause will be discharged, and the case will be drawn to a district judge and to a magistrate judge.

Accordingly, it is

ORDERED that the September 27, 2006, Order to Show Cause filed in this action is discharged. It is

FURTHER ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this _13th_ day of _October_____, 2006.

BY THE COURT:

_Boyd N Boland_____

BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01773-BNB

Cecilia Ramos
Prisoner No. 93335
DWCF
PO Box 392005
Denver, CO 80239


I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _10-16-06_

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk