IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01773-MSK-CBS

CECILIA RAMOS,

    Plaintiff,

v.

HUERFANO COUNTY SHERIFF DEPT. - BRUCE NEWMAN, and
CHRIS MEADOWS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 7 2006

GREGORY C. LANGHAM
CLERK

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated this 24th day of October, 2006

BY THE COURT:

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01773-MSK-CBS

Cecilia Ramos
Prisoner No. 93335
DWCF
PO Box 392005
Denver, CO 80239

US Marshal Service
Service Clerk
Service forms for: Bruce Newman (Huerfano County Sheriff Dept.), and
Chris Meadows

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals and the following forms to the U.S. Marshal for process of service on: Bruce Newman (Huerfano County Sheriff Dept.), and Chris Meadows: COMPLAINT FILED 9/7/06, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 10/27/06.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk