IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01773-MSK-CBS

CECILIA RAMOS,

        Plaintiff,

v.

HUERFANO COUNTY SHERIFF DEPT.,
BRUCE NEWMAN, and
CHRIS MEADOWS,

        Defendants.

## ORDER GRANTING MOTIONS TO DISMISS

THIS MATTER comes before the Court on two Motions to Dismiss **(#22, #25)** filed by Defendants Huerfano County Sheriff Dept. and Bruce Newman, who contend that the Plaintiff's claims against them are barred by the statute of limitations. The Plaintiff confesses **(#24, #26)** the motions. Based thereon,

**IT IS ORDERED** that the Motions to Dismiss **(#22, #25)** are **GRANTED**. All claims against Defendants Huerfano County Sheriff Dept. and Bruce Newman are dismissed, and the caption is amended to delete reference to such Defendants.

Dated this 29th day of January, 2007

                                                  **BY THE COURT:**

                                                  Marcia S. Krieger
                                                  United States District Judge