IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01773-MSK-CBS

CECILIA RAMOS,

    Plaintiff,

v.

CHRIS MEADOWS,

    Defendant.

## ORDER DENYING MOTION

THIS MATTER comes before the Court on a document filed by the Plaintiff entitled "Motion to Withhold Consent for Jurisdiction of Magistrate" **(#21)**. The document contains no argument. The parties have not consented to the exercise of jurisdiction by a Magistrate Judge under 28 U.S.C. § 636(c).

**IT IS THEREFORE ORDERED** that the motion **(#21)** is **DENIED**.

Dated this 6th day of February, 2007

        **BY THE COURT:**

        */s/ Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge