IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01773-MSK-CBS

CECILIA RAMOS,
    Plaintiff,
v.

CHRIS MEADOWS,
    Defendant.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court for review of its status after the District Judge's Order dated January 29, 2007 (doc. # 32) dismissing Defendants Huerfano County Sheriff Department and Bruce Newman. Pursuant to the Order of Reference dated October 31, 2006 (doc. # 13), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, including discovery and other non-dispositive motions . . . ."

    Chris Meadows is the only Defendant remaining in this civil action. Proof of personal service on Defendant Meadows was filed with the court on December 6, 2006 (doc. # 19). As of this date, Defendant Meadows has not appeared, filed an Answer, or otherwise responded in this action. At the Status Conference held on January 23, 2007, counsel for Plaintiff Ramos indicated that he would proceed with a motion for entry of default against Defendant Meadows. No such motion has yet been filed.

    Accordingly,

1

**IT IS ORDERED that any motion for entry of default and/or default judgment against Defendant Meadows shall be filed on or before February 28, 2007**.

DATED at Denver, Colorado, this 14th day of February, 2007.

BY THE COURT:

    s/Craig B. Shaffer
United States Magistrate Judge