IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01773-MSK-CBS

CECILIA RAMOS,

    Plaintiff,

v.

CHRIS MEADOWS,

    Defendant.

---

## ORDER GRANTING MOTION TO DISMISS

THIS MATTER comes before the Court on the Defendant's Motion to Dismiss **(#38)**, which the Plaintiff concedes should be granted.

**IT IS THEREFORE ORDERED** that the motion **(#38)** is **GRANTED**. The Clerk of Court is directed to close this case.

Dated this 21st day of March, 2007

                        **BY THE COURT:**

                        */s/ Marcia S. Krieger*

                        Marcia S. Krieger
                        United States District Judge